**In re the MARRIAGE OF Donna
Louise STEPHENS and Stephen
Benjamin Stephens.**

**Donna Louise Stephens, n/k/a Donna
Louise Rising Eagle, Appellant,**

v.

**Stephen Benjamin Stephens,
Respondent.**

**No. ED 88313.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 13, 2007.

Application for Transfer to Supreme Court
Denied March 15, 2007.

Application for Transfer Denied
May 1, 2007.

Deborah Benoit, St. Louis, MO, for appellant.

Jane E. Tomich, St. Charles, MO, for respondent.

Before GLENN A. NORTON, P.J.,
LAWRENCE E. MOONEY, J., and
KENNETH M. ROMINES, J.

## *ORDER*

PER CURIAM.

Donna Rising Eagle appeals the judgment terminating Stephen Stephens's maintenance obligation. The judgment was supported by substantial evidence, and the court did not misstate or misapply the law. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).